IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01878-LTB

JERROD CORNING,

    Plaintiff,

v.

CORRECTIONAL CORPORATION OF AMERICA,
DAVID GROSS,
S. MILLER,
E. HOWELL,
DESIREE ANDREWS,
BOBBY BONNER, and
GREG JONES,

    Defendants.

---

ORDER GRANTING MOTION TO REOPEN CASE

---

This matter is before the Court on the Motion to Reopen Case (ECF No. 11) filed October 21, 2015, by Plaintiff, Jerrod Corning. For the reasons stated below, the motion will be granted.

Mr. Corning initiated this action by filing *pro se* a Prisoner Complaint With Jury Demand (ECF No. 1), a Motion to File Without Payment of Filing Fee (ECF No. 3), a Motion and Affidavit in Support for Appointment of Counsel (ECF No. 4), and a letter to the Court (ECF No. 5). On September 1, 2015, Magistrate Judge Gordon P. Gallagher entered an order directing Mr. Corning to cure certain deficiencies. Specifically, Magistrate Judge Gallagher directed Mr. Corning to file on the proper forms a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28

U.S.C. § 1915 and to submit an authorization to calculate and disburse filing fee payments.  On October 7, 2015, the Court entered an order dismissing this action because Mr. Corning failed to cure the deficiencies within the time allowed.

Mr. Corning alleges in the Motion to Reopen Case that he never received a copy of Magistrate Judge Gallagher's September 1 order to cure deficiencies.   He also submits a copy of a document titled "Kit Carson Correctional Center Inmate Mail History" that indicates he did not receive any legal mail from the Court during the relevant time frame. (*See* ECF No. 11 at 3.)   Therefore, the Motion to Reopen Case will be granted. Accordingly, it is

ORDERED that the Motion to Reopen Case (ECF No. 11) is GRANTED.   It is

FURTHER ORDERED that the Order of Dismissal (ECF No. 7) and the Judgment (ECF No. 8) are VACATED.   It is

FURTHER ORDERED that the clerk of the Court reinstate and return this action to the Pro Se Docket.

DATED at Denver, Colorado, this  23rd  day of    October         , 2015.

BY THE COURT:


   s/Lewis T. Babcock                              
LEWIS T. BABCOCK, Senior Judge
United States District Court