IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01878-GPG

JERROD CORNING,

    Plaintiff,

v.

CORRECTIONAL CORPORATION OF AMERICA,
DAVID GROSS,
S. MILLER,
E. HOWELL,
DESIREE ANDREWS,
BOBBY BONNER, and
GREG JONES,

    Defendants.

---

SECOND ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

    Plaintiff, Jerrod Corning, initiated this action by filing *pro se* a Prisoner Complaint With Jury Demand (ECF No. 1), a Motion to File Without Payment of Filing Fee (ECF No. 3), a Motion and Affidavit in Support for Appointment of Counsel (ECF No. 4), and a letter to the Court (ECF No. 5). On September 1, 2015, the court entered an order directing Mr. Corning to cure certain deficiencies. Specifically, the court directed Mr. Corning to file on the proper forms a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and to submit an authorization to calculate and disburse filing fee payments.

    Mr. Corning has not cured the deficiencies in this action, apparently because he

did not receive a copy of the court's September 1 order.  (*See* ECF No. 11.)   He will be given another opportunity to cure the deficiencies.   Accordingly, it is

ORDERED that Plaintiff shall have **thirty (30) days from the date of this order** to cure the deficiencies designated in the court's September 1 order.   It is

FURTHER ORDERED that, if Plaintiff fails to cure the deficiencies within the time allowed, the action will be dismissed without further notice.   It is

FURTHER ORDERED that the clerk of the court mail to Plaintiff, together with a copy of this order, a copy of the Order Directing Plaintiff to Cure Deficiencies (ECF No. 6) entered in this action on September 1, 2015, and blank copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915; Prisoner Complaint.

DATED October 23, 2015, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge